RACHEL RAE BLAND
JORDAN ALEXANDER BLAND
798A MONTEREY RD
PEARL, MS 39208

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
SAN FRANCISCO, CA 94108

AFTERPAY
P.O. BOX 328
SAN FRANCISCO, CA 94104

ANETHESIA CONSULTANTS
1030 RIVER OAKS DR
FLOWOOD, MS 39232

ARMSTRONG & ASSOCIATES
P.O. BOX 1787
MOBILE, AL 36633

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

HUBCARE PATHOLOGY
5052 W 4TH ST
HATTIESBURG, MS 39402

IRHYTHM
PO BOX 736539
CHICAGO, IL 60673

KACEY WHITTY
149 HOLLYHILL RD
JACKSON, MS 39206

MERIT HEALTH RIVER OAK
1030 RIVER OAKS DR
FLOWOOD, MS 39232

NETCREDIT
175 W. JACKSON BLVD
SUITE 600
CHICAGO, IL 60604

PROFESSIONAL ACCOUNT S
PO BOX 188
BRENTWOOD, TN 37024

RIVERTST FCU
PO BOX 97997
PEARL, MS 39288

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965065
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

TRIAD FINANCIAL
ATTN: BANKRUPTCY
13901 SUTTON PARK DR S
SUITE 300
JACKSONILLE, FL 32224

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803

WOMEN'S HEALTH ASSOCIA
1050 RIVER OAKS
STE 200
FLOWOOD, MS 39232